Nonnie L. Shivers, SBN 023460
Laura E. Grubb, SBN 038903
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
nonnie.shivers@ogletree.com
laura.grubb@ogletree.com
*Attorneys for Defendant American Airlines, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Shabina Mohammed,

Plaintiff,

vs.

American Airlines, Inc.,

Defendant.

No. ____________________

**NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332 AND 1441(B)**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332 and 1441(b), Defendant American Airlines, Inc. ("AA") hereby removes this civil action from the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona. In support of this Notice of Removal ("Notice"), AA states as follows:

## I. TIMELINESS OF REMOVAL

1. On September 10, 2024, Plaintiff Shabina Mohammed ("Plaintiff") filed a Civil Complaint in the Superior Court of the State of Arizona, County of Maricopa captioned *Shabina Mohammed v. American Airlines, Inc.*, Case No. CV2024-025001 ("Complaint"). AA was served with the Complaint and Summons on October 10, 2024. Attached as **Exhibit A** is a copy of the Superior Court docket, including all pleadings and documents that have been filed as of the date of this Notice.

2. In accordance with 28 U.S.C. § 1446(b), AA is timely filing this Notice within

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

thirty (30) days of its receipt of service of the Complaint and Summons.

3. Prior to filing her current Complaint, on June 14, 2024, Plaintiff filed a Civil Complaint in the Superior Court of the State of Arizona, County of Maricopa captioned *Shabina Mohammed v. American Airlines, Patsy Pieri, Jennifer Clements, Drew Cashatt and Joanne Gonzalez*, Case No. CV2024-015440 ("Related Lawsuit"). [*See* **Exhibit B**.] On July 10, 2024, AA removed the Related Lawsuit to federal court pursuant to 28 U.S.C. §§ 1331, 1332 and 1441(b), and the matter was assigned to Judge Dominic W. Lanza, Case No. 2:24-cv-01686-DWL. On September 11, 2024, Judge Lanza dismissed the Related Lawsuit, without prejudice, for failure to prosecute and failure to comply with court orders. [*See* **Exhibit C**.]

## II. BASIS FOR REMOVAL: DIVERSITY JURISDICTION

4. This Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332, which provides: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States…."

### A. <u>The Amount In Controversy Exceeds $75,000</u>

5. In this action, Plaintiff seeks damages in the amount of at least $149,600 in back pay, "6% of 401k contribution of back pay[,]" "pain, suffering, mental shock, stress, damages major depression etc $1,500,000,000 [*sic*][,]" and "full flight benefits for life with full retirement with full benefits including medical, vision, dental for life including all therapies needed [*sic*][.]" [Complaint, p. 4.] Accordingly, the amount in controversy exceeds $75,000 as required to establish diversity jurisdiction. 28 U.S.C. §§ 1332, 1441, and 1446.

### B. <u>Diversity Of Citizenship Exists</u>

6. Upon information and belief, Plaintiff is a resident of Maricopa County, Arizona.

7. AA is a corporation organized in Delaware and having its principal place of business in Fort Worth, Texas. [*See* **Exhibit D**.] Therefore, AA is a citizen of Delaware and Texas within the meaning of 28 U.S.C. § 1332.

8. Because Plaintiff is a citizen of the State of Arizona and AA is a citizen of the States of Delaware and Texas, complete diversity amongst the parties exists, and this case is removable under 28 U.S.C. § 1441(b).

## III. CONCLUSION

9. AA served a copy of this Notice on Plaintiff. AA also filed a copy of this Notice with the Clerk of the Superior Court of the State of Arizona, County of Maricopa, from where this action is being removed, pursuant to Rule 3.6(a), Local Rules of the United States District Court for the District of Arizona. A copy of the Notice filed with the state court clerk is attached hereto as **Exhibit E**. This Notice is signed pursuant to Fed. R. Civ. P. 11 as required by Local Rule 3.6(a).

10. AA hereby requests that this case be removed from the Maricopa County Superior Court to this Court.

RESPECTFULLY SUBMITTED this 25th day of October 2024.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Nonnie L. Shivers*
Nonnie L. Shivers
Laura E. Grubb
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for American Airlines, Inc.*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback road, Suite 800
Phoenix, Arizona 85016

**LOCAL RULE CIVIL PROCEDURE 3.6(b) VERIFICATION**

I hereby certify that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed with this Court.

*/s/ Nonnie L. Shivers*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a copy was sent via first class mail to the following:

Shabina Mohammed
P.O. Box 12931
Tempe, AZ 85284
*Pro Se Plaintiff*

*/s/ Amanda Boynton*